UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 12-204** |
| **DARRYL JASMIN** | **SECTION: "S"** |

## ORDER AND REASONS

**IT IS HEREBY ORDERED** that defendant Darryl Jasmin's **Motion for Early Termination of Supervised Release** (Rec. Doc. 49) is **GRANTED**.

On February 13, 2020, Darryl Jasmin filed a Motion for Early Termination of Supervised Release pursuant to Title 18, United States Code, Section 3583(e)(1). Counsel for the government has responded to the motion, informing the court that she has spoken to Jasmin's assigned probation officer, who does not object to the early termination of Jasmin's supervised release. The government's response relates that Jasmin's supervised release ends in September of 2020, less than five months from now. Since November 2016, Jasmin has been employed at St. James Marine. Due to the Covid-19 pandemic, work has been slow so he began working a second job with Cooper Consolidated, LLC. Jasmin has been living with his fiancée and children since June of 2018, and to date, all of his drug tests have been negative. Considering these facts, the government has stated that it does not object to early termination of his supervised release. The court further finds that the requirements for 18 U.S.C. 3583(e)(1) have been met, and the termination is warranted by the conduct of the defendant and in the interest of justice. Accordingly,

**IT IS HEREBY ORDERED** that defendant Darryl Jasmin's **Motion for Early Termination of Supervised Release** (Rec. Doc. 49) is **GRANTED**.

New Orleans, Louisiana, this  24th   day of April, 2020.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**